## Consumers Gas Trust Company v. Wilson.

[No. 4,746.    Filed June 3, 1904.]

From Delaware Circuit Court; *J. G. Leffler*, Judge.

Action by Fremont Wilson against the Consumers Gas Trust Company.    From a judgment for plaintiff, defendant appeals.    *Reversed.*

*W. H. H. Miller, J. B. Elam, J. W. Fesler* and *S. D. Miller*, for appellant.

*James Bingham* and *Jesse Long*, for appellee.

Henley, J.—The questions involved in this appeal are in all respects like the questions decided in the case of *Consumers Gas Trust Co.* v. *Littler*, 162 Ind. 320, and, upon the authority of that case, the judgment in this cause is reversed, with instructions to the trial court to overrule appellee's demurrer to each paragraph of the answer.